IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

LANDMARK TECHNOLOGY, LLC,

      Plaintiff,

      v.

CINEMARK HOLDINGS, INC.,
CROCS, INC.,
FANSEDGE, INC.,
GAIAM, INC.,
HERMAN MILLER, INC.,
LEAPFROG ENTERPRISES, INC.,
LIQUIDITY SERVICES, INC.,
STEWART ENTERPRISES, INC.,
TECH FOR LESS, INC.,
THE KNOT, INC.,

      Defendants.

CASE NO.  6:11-cv-91

**JURY TRIAL DEMANDED**

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE ITS FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Before the Court is Plaintiff's Motion for Leave to File its First Amended Complaint for

Patent Infringement to conform to Landmark's already served infringement contentions.  After

considering Plaintiff's Motion for Leave to File its First Amended Complaint for Patent

Infringement, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE, ORDERED that Plaintiff is hereby granted leave to file its first

amended complaint for patent infringement.