IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CINEMARK HOLDINGS, INC.,<br>CROCS, INC.,<br>FANSEDGE, INC.,<br>GAIAM, INC.,<br>HERMAN MILLER, INC.,<br>LEAPFROG ENTERPRISES, INC.,<br>LIQUIDITY SERVICES, INC.,<br>STEWART ENTERPRISES, INC.,<br>TECH FOR LESS, INC.,<br>THE KNOT, INC.,<br><br>    Defendants. | CASE NO.  6:11-cv-91<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE ITS FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Before the Court is Plaintiff's Motion for Leave to File its First Amended Complaint for Patent Infringement to conform to Landmark's already served infringement contentions.  After considering Plaintiff's Motion for Leave to File its First Amended Complaint for Patent Infringement, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE, ORDERED that Plaintiff is hereby granted leave to file its first amended complaint for patent infringement.

**So ORDERED and SIGNED this 8th day of September, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE