THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC<br><br>   Plaintiff,<br><br>v.<br><br>CINEMARK USA, INC.,<br>CROCS, INC.,<br>FANSEDGE, INC.,<br>GAIAM, INC.,<br>HERMAN MILLER, INC.,<br>LEAPFROG ENTERPRISES, INC.,<br>LIQUIDITY SERVICES, INC.,<br>STEWART ENTERPRISES, INC.,<br>TECH FOR LESS, INC.,<br>XO GROUP, INC.,<br><br>   Defendants. | Civil Action No. 6:11-CV-91<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CROCS, INC.'S**
**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Pursuant to the Court's August 25, 2011 Discovery Order (Dkt. #99), Defendant Crocs, Inc., hereby notifies the Court and all parties of record that on September 9, 2011, Defendant Crocs, Inc., disclosed the information required by the August 25, 2011 Discovery Order and Fed. R. Civ. P. 26(a)(1).

Dated:  September 9, 2011      FAEGRE & BENSON LLP

s/ *Jared B. Briant*
Natalie Hanlon-Leh (CO# 18824)
Jared B. Briant (CO# 35773)
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Phone:  (303) 607-3500
Fax:  (303) 607-3600
Email: nhanlon-leh@faegre.com
          jbriant@faegre.com

*Attorneys for Defendant Crocs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this **DEFENDANT CROCS, INC.'S NOTICE OF SERVICE OF SERVICE OF INTIAL DISCLOSURES** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of September, 2011.

 *s/ Margaret M. Zylstra*
Margaret M. Zylstra

fb.us.7269274.01