**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>   Plaintiff,<br>v.<br><br>CINEMARK HOLDINGS, INC., ET AL.<br><br>   Defendants. | CIVIL ACTION NO. 6:11-CV-91-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT GAIAM, INC.'S NOTICE OF SERVING INITIAL DISCLOSURES**

Defendant Gaiam, Inc., through its undersigned counsel, hereby notifies the Court that it served its Initial Disclosures on all counsel of record on September 9, 2011.

Dated September 9, 2011.

        Respectfully submitted

        *s/* Kathryn R. DeBord
Richard B. Benenson, CO State Bar No. 32566
Kathryn R. DeBord, CO State Bar No. 37408
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Telephone:  303.223.1100
Facsimile:   303.223.1111
Email: rbenenson@bhfs.com, kdebord@bhfs.com

        *s/* Eric A. Pullen
Eric A. Pullen, TX State Bar No. 24007881
PULMAN, CAPPUCCIO, PULLEN & BENSON, LLP
2161 N.W. Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  210.222.9494
Facsimile:   210.892.0508
Email: epullen@pulmanlaw.com

**ATTORNEYS FOR DEFENDANT GAIAM, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

s/Kathryn R. DeBord

11185\17\1583971.1