IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CINEMARK HOLDINGS, INC., et al.<br><br>        Defendants. | CASE NO. 6:11-cv-91 (LED)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES**

Please take notice that pursuant to Local Rule CV-26(c), Plaintiff Landmark Technology, LLC. hereby notifies the Court that, on September 9, 2011, it served its Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and the August 25, 2011, Agreed Discovery Order (dkt.100), paragraphs 1(a)-1(g) via email.

DATED: September 12, 2011                    Respectfully Submitted,

**OF COUNSEL:**                              By: /s/Charles Ainsworth
                                             Charles Ainsworth
Jeffer Mangels Butler & Mitchell, LLP        State Bar No.  00783521
                                             Robert Christopher Bunt
    Stanley M. Gibson                        State Bar No. 00787165
    (Cal. Bar No. 162329)                    PARKER, BUNT & AINSWORTH, P.C.
    smg@jmbm.com                             100 E. Ferguson, Suite 1114
                                             Tyler, TX 75702
    Gregory S. Cordrey                       903/531-3535
    (Cal. Bar No. 190144)                    903/533-9687
    gxc@jmbm.com                             E-mail: charley@pbatyler.com
                                             E-mail: rcbunt@pbatyler.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067                        ATTORNEYS FOR PLAINTIFF,
Telephone: (310) 203-8080                     LANDMARK TECHNOLOGY, LLC
Facsimile: (310) 203-0567


## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 12th day of September, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Charles Ainsworth*
                                          Charles Ainsworth