## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CINEMARK HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 6:11-cv-91-LED (JDL) |

### DEFENDANT XO GROUP INC.'S NOTICE OF COMPLAINCE: SERVICE OF XO GROUP INC.'S INITIAL DISCLOSURES

Please take notice that pursuant to Fed. R. Civ. P. 26(a)(1), Local Rule CV-26(c), and this Court's Discovery Order filed on August 25, 2011 (Dkt. # 99), Defendant XO Group Inc. served its initial disclosures on all parties on September 9, 2011.

Dated: September 12, 2011          /s/ John M. Hintz

                                         John M. Hintz (admitted E.D. Tex.)
                                         CHADBOURNE & PARKE LLP
                                         30 Rockefeller Plaza
                                         New York, NY 10112
                                         Tel: (212) 408-5433
                                         Fax: (212) 541-5369
                                         Email: jhintz@chadbourne.com

                                         ATTORNEYS FOR DEFENDANT
                                         XO GROUP INC.

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 12th day of September, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                         */s/ John M. Hintz*
                                         John M. Hintz