THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>CINEMARK HOLDINGS, INC.,<br>CROCS, INC.,<br>FANSEDGE, INC.,<br>GAIAM, INC.,<br>HERMAN MILLER, INC.,<br>LEAPFROG ENTERPRISES, INC.,<br>LIQUIDITY SERVICES, INC.,<br>STEWART ENTERPRISES, INC.,<br>TECH FOR LESS, INC.,<br>THE KNOT, INC.,<br><br>　　　　Defendants. | Civil Action No. 6:11-CV-91<br><br>**JURY TRIAL DEMANDED** |

**ORDER STAYING DEADLINES AS TO DEFENDANT CROCS, INC.**

The Court has considered Defendant Crocs, Inc.'s Unopposed Motion to Stay Deadlines Following Settlement and Notice of Settlement and is of the opinion that the Motion should be APPROVED.

IT IS THEREFORE ORDERED that all deadlines between Plaintiff and Defendant Crocs, Inc. are hereby stayed fourteen (14) days.

**So ORDERED and SIGNED this 23rd day of September, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE