IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, | |
| Plaintiff, | CASE NO. 6:11-cv-91 (LED) |
| v. | JURY TRIAL DEMANDED |
| CINEMARK HOLDINGS, INC., et al. | |
| Defendants. | |

**LANDMARK TECHNOLOGY, LLC'S**
**NOTICE OF ADDITIONAL DISCLOSURES**

Plaintiff Landmark Technology, LLC's ("Landmark") hereby notifies the Court that on, September 23, 2011, it complied with Paragraph 2(b) and 2(c) of the parties' Discovery Order (Dkt. 99) via U.S. Mail.

- 2 -

DATED: September 26, 2011                              Respectfully Submitted,

**OF COUNSEL:**                                        By: /s/Charles Ainsworth
                                                   Charles Ainsworth
Jeffer Mangels Butler & Mitchell, LLP                  State Bar No.  00783521
                                                   Robert Christopher Bunt
   Stanley M. Gibson                      State Bar No. 00787165
   (Cal. Bar No. 162329)                  PARKER, BUNT & AINSWORTH, P.C.
   *smg@jmbm.com*                         100 E. Ferguson, Suite 1114
                                                   Tyler, TX 75702
   Gregory S. Cordrey                     903/531-3535
   (Cal. Bar No. 190144)                  903/533-9687
   *gxc@jmbm.com*                         E-mail: charley@pbatyler.com
                                                   E-mail: rcbunt@pbatyler.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067                                  ATTORNEYS FOR PLAINTIFF,
Telephone: (310) 203-8080                              LANDMARK TECHNOLOGY, LLC
Facsimile: (310) 203-0567

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 26th day of September, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                */s/ Charles Ainsworth*
                Charles Ainsworth