# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CINEMARK HOLDINGS, INC., et al.,<br><br>       Defendants. | Case No. 6:11-cv-91-LED (JDL) |

## ORDER STAYING DEADLINES AS TO DEFENDANT XO GROUP INC.

The Court has considered Defendant XO Group Inc.'s unopposed motion to extend deadlines applicable to XO Group Inc. in this action and is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines applicable to XO Group Inc. in this action shall be extended by fourteen (14) days.

**So ORDERED and SIGNED this 28th day of September, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE