# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, <br><br>   Plaintiff, <br> v. <br><br> CINEMARK HOLDINGS, INC., ET AL. <br><br>   Defendants. | CIVIL ACTION NO. 6:11-CV-91-LED <br><br> JURY TRIAL DEMANDED |

**DEFENDANT GAIAM, INC.'S NOTICE OF SERVING DISCLOSURE OF**
**INVALIDITY CONTENTIONS AND RELATED DOCUMENTS**

Defendant Gaiam, Inc., through its undersigned counsel, hereby notifies the Court that on September 29, 2011, it served its Disclosure of Invalidity Contentions under Rule 3-3 of the Patent Rules on counsel for Plaintiff Landmark Technology, LLC via electronic service and, served related documents under Patent Rules 3-4 via Federal Express, overnight delivery.

Dated September 30, 2011.

        Respectfully submitted

        *s/* Kathryn R. DeBord
Richard B. Benenson, CO State Bar No. 32566
Kathryn R. DeBord, CO State Bar No. 37408
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Telephone: 303.223.1100
Facsimile: 303.223.1111
Email: rbenenson@bhfs.com, kdebord@bhfs.com

        *s/* Eric A. Pullen
Eric A. Pullen, TX State Bar No. 24007881
PULMAN, CAPPUCCIO, PULLEN & BENSON, LLP
2161 N.W. Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: 210.222.9494
Facsimile: 210.892.0508
Email: epullen@pulmanlaw.com

**ATTORNEYS FOR DEFENDANT GAIAM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of September with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

s/Kathryn R. DeBord

11185\17\1591419.1