IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LANDMARK TECHNOLOGY, LLC,**  **Plaintiff,**  v.  **CINEMARK HOLDINGS, INC., et al.**  **Defendants.** | **CASE NO. 6:11-CV-00091-LED**  <u>JURY TRIAL DEMANDED</u> |
| **LANDMARK TECHNOLOGY, LLC,**  **Plaintiff,**  v.  **BODY CENTRAL CORP.,, et al.**  **Defendants.** | **CASE NO. 6:11-CV-322-LED**  <u>JURY TRIAL DEMANDED</u> |

**ORDER GRANTING MOTION TO WITHDRAW
LANDMARK'S MOTION TO CONSOLIDATE**

Plaintiff Landmark Technology, LLC ("Landmark") hereby withdraws its Motion to Consolidate the above referenced actions.

IT IS HEREBY ORDERED that Plaintiff's Motion to Consolidate Landmark v. Body Central Corp., [Dkt. 89] and Landmark v. Cinemark Holdings, Inc. [Dkt. 110] is **WITHDRAWN.**

**So ORDERED and SIGNED this 6th day of October, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE