**Appendix K**               Revised 4/19/06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>Tyler</u>    DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 0 6 2011
DAVID J. MALAND, CLERK
BY
DEPUTY

1. This application is being made for the following: Case # <u>6:11-cv-00091-LED-JDL</u>
Style: <u>Landmark Technology, LLC v. Cinemark Holdings, Inc., et al.</u>
2. Applicant is representing the following party/ies: <u>Landmark Technology, LLC</u>
3. Applicant was admitted to practice in <u>CA</u> (state) on <u>June 5, 2000</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>See attached</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Andrew S. Dallmann</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>Oct 4, 2011</u>     Signature <u>[signature]</u>

6-529

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Andrew S. Dallmann
State Bar Number 206771
Firm Name: Jeffer Mangels Butler & Mitchell, LLP
Address/P.O. Box: 3 Park Plaza, Suite 1100
City/State/Zip: Irvine, CA 92614
Telephone #: (949) 623-7200
Fax #: (949) 623-7202
E-mail Address: asd@jmbm.com
Secondary E-Mail Address: aa4@jmbm.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __10/6/11__

_David Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ____MLL____
Deputy Clerk

## ANDREW S. DALLMANN'S BAR ADMISSIONS

| DATE | COURT |
|---|---|
| June 2000 | United States District Court for the Northern District of California |
| June 2000 | United States Court of Appeal for the 9th Circuit |
| December 2006 | United States District Court for the Central District of California |
| April 2008 | Federal Circuit Court of Appeals |
| June 2011 | United States District Court for the Eastern District of Texas/Marshall Division (admitted pro hac vice: Case No.: 2:11-cv-00075-TJW; Ogma, LLC v. Activision Blizzard, Inc., et al.) |