IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LANDMARK TECHNOLOGY, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CINEMARK HOLDINGS, INC., et al.**<br><br>Defendants. | **CASE NO. 6:11-CV-00091-LED** |

### ORDER

Came for consideration before the Court is the Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41 filed jointly by Plaintiff Landmark Technology, LLC and Crocs, Inc.  Upon consideration of the same, the Court is of the opinion that the Stipulation of Dismissal should be GRANTED.

It is therefore ORDERED that all claims against Crocs, Inc. and against that Defendant only, in the above-captioned suit are dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 11th day of October, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**