IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CINEMARK HOLDINGS, INC., et al.<br><br>      Defendants. | CASE NO. 6:11-cv-91 (LED)<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF COMPLIANCE AS TO P.R. 4-1

Pursuant to the Court's Docket Control Order (dkt # 100) and this Court's Patent Rules, Plaintiff Landmark Technology, LLC files this Notice to inform the Court that it served the Disclosures required by Patent Rule 4-1 to counsel of record for Defendants via email.

DATED: October 11, 2011.                                  Respectfully Submitted,

**OF COUNSEL:**

Jeffer Mangels Butler & Mitchell, LLP

    Stanley M. Gibson
    (Cal. Bar No. 162329)
    *smg@jmbm.com*

    Gregory S. Cordrey
    (Cal. Bar No. 190144)
    *gxc@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

ATTORNEYS FOR PLAINTIFF,
LANDMARK TECHNOLOGY, LLC

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 11th day of October, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                            */s/ Charles Ainsworth*
                            Charles Ainsworth