# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>          Plaintiff,<br>     v.<br><br>CINEMARK HOLDINGS, INC., ET AL.<br><br>          Defendants. | CIVIL ACTION NO. 6:11-CV-91-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT GAIAM, INC.'S NOTICE OF SERVING DISCLOSURE OF
CLAIM TERMS FOR CONSTRUCTION BY THE COURT**

Defendant Gaiam, Inc., through its undersigned counsel, hereby notifies the Court that on October 11, 2011, it served its List of Claim Terms For Construction by the Court pursuant to Local Patent Rule 4-1(a) on counsel for Plaintiff Landmark Technology, LLC via electronic service.

Dated September 30, 2011.

                                            Respectfully submitted

                                            *s/* Kathryn R. DeBord
Richard B. Benenson, CO State Bar No. 32566
Kathryn R. DeBord, CO State Bar No. 37408
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Telephone:  303.223.1100
Facsimile:   303.223.1111
Email: rbenenson@bhfs.com, kdebord@bhfs.com


                                            *s/* Eric A. Pullen
Eric A. Pullen, TX State Bar No. 24007881
PULMAN, CAPPUCCIO, PULLEN & BENSON, LLP
2161 N.W. Military Highway, Suite 400
San Antonio, Texas 78213
Telephone:  210.222.9494
Facsimile:   210.892.0508
Email: epullen@pulmanlaw.com

**ATTORNEYS FOR DEFENDANT GAIAM, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of October with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    s/Kathryn R. DeBord

11185\17\1596308.1