THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC<br><br>                Plaintiff,<br><br>v.<br><br>CINEMARK HOLDINGS, INC.,<br>CROCS, INC.,<br>FANSEDGE, INC.,<br>GAIAM, INC.,<br>HERMAN MILLER, INC.,<br>LEAPFROG ENTERPRISES, INC.,<br>LIQUIDITY SERVICES, INC.,<br>STEWART ENTERPRISES, INC.,<br>TECH FOR LESS, INC.,<br>THE KNOT, INC.,<br><br>                Defendants. | Civil Action No. 6:11-CV-91 |

**DEFENDANT CROCS, INC.'S**
**NOTICE TO TERMINATE COURT NOTICES OF ELECTRONIC FILING**

PLEASE TAKE NOTICE that pursuant to the Eastern District of Texas Electronic Case Filing Procedures, Local Rule CV-11(f), the undersigned attorneys/electronic filers ("E-Filers") hereby request termination of all notices of electronic filing (NEF's) of actions and events docketed in the above matter. Defendant Crocs, Inc., represented by the undersigned attorneys, was voluntarily dismissed from this matter on October 11, 2011 (Dkt. No. 126). The undersigned counsel understands that upon processing of this request by the clerk, service of orders, and notices from the court via NEF will cease, and because the undersigned's general status as registered E-Filers with the court remains in effect, the

undersigned will not receive service of orders and notices by conventional mailing from the court.

Dated: October 20, 2011 FAEGRE & BENSON LLP


s/ *Jared B. Briant*
Natalie Hanlon-Leh (CO# 18824) (Lead Counsel)
Jared B. Briant (CO# 35773)
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Phone: (303) 607-3500
Fax: (303) 607-3600
Email: nhanlon-leh@faegre.com
jbriant@faegre.com

*Attorneys for Defendant Crocs, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of **DEFENDANT CROCS, INC.'S NOTICE TO TERMINATE COURT NOTICES OF ELECTRONIC FILING** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of October 2011.


                                                    s/ *Marleen Como*
                                                  Marleen Como

fb.us.7479677.01