**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **LANDMARK TECHNOLOGY LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL NO. 6:11-CV-00091 |
| | § | |
| **CINEMARK HOLDINGS, INC.,** *et al.* | § | |
| | § | |
| Defendants | § | |

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on November 2, 2011 between Plaintiff and Defendant Gaiam. All appropriate parties appeared and participated. We have suspended the mediation session so that the parties may consider a settlement proposal that was discussed at the session. I will continue to follow-up with the parties in an effort to settle.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 4th day of November, 2011.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR