# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, <br><br> Plaintiff, <br> v. <br><br> CINEMARK HOLDINGS, INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 6:11-CV-91-LED <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE UNCLEAN HANDS DEFENSE

Having considered the Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Strike Unclean Hands Defense, the Court GRANTS the Motion. Defendant Gaiam shall have an additional 7 days, up to November 11, 2011, to file its Response.

**So ORDERED and SIGNED this 7th day of November, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE