IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CINEMARK HOLDINGS, INC., et al., <br><br> Defendants. | CASE NO. 6:11-cv-91 (LED) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE P.R. 4-2**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Exchange Preliminary Claim Construction and Extrinsic Evidence P.R. 4-2. After considering Plaintiff's Motion for Extension of Time to Exchange Preliminary Claim Construction and Extrinsic Evidence P.R. 4-2, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE, ORDERED that Plaintiff is hereby granted a one week extension of time up to and including November 16, 2011.

**So ORDERED and SIGNED this 7th day of November, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE