**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:11-CV-91-LED |
| CINEMARK HOLDINGS, INC., ET AL. | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER GRANTING AGREED MOTION TO
STAY DEADLINES AS PARTIES WORK TOWARD A SETTLEMENT**

Having considered the Agreed Motion to Stay Deadlines as Parties Work Toward a

Settlement, the Court GRANTS the Motion.  All deadlines shall be stayed for 20 days, up to

November 30, 2011.


**So ORDERED and SIGNED this 14th day of November, 2011.**



_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE