IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CINEMARK HOLDINGS, INC., et al.,<br><br>    Defendants. | CASE NO. 6:11-cv-91 (LED) |

**ORDER GRANTING AGREED MOTION TO**
**STAY DEADLINES AS PARTIES FINALIZE SETTLEMENT**

Having considered the Agreed Motion to Stay Deadlines as Parties Finalize Settlement, the Court GRANTS the Motion. All deadlines shall be stayed for an additional 7 days, up to and including December 7, 2011.

**So ORDERED and SIGNED this 1st day of December, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE