IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LANDMARK TECHNOLOGY, LLC,** | |
| **Plaintiff,** | |
| v. | **CASE NO. 6:11-CV-00091-LED** |
| **CINEMARK HOLDINGS, INC., et al.** | |
| **Defendants.** | |

## NOTICE OF CASE CLOSURE

Notice is hereby given that all Defendants have settled or have been dismissed and that this case is ready for closure.

| | |
|---|---|
| DATED:  December 12, 2011 | Respectfully Submitted, |
| **OF COUNSEL:** | By: /s/Charles Ainsworth |
| | Charles Ainsworth |
| Jeffer Mangels Butler & Mitchell, LLP | State Bar No.  00783521 |
| | Robert Christopher Bunt |
| Stanley M. Gibson | State Bar No. 00787165 |
| (Cal. Bar No. 162329) | PARKER, BUNT & AINSWORTH, P.C. |
| *smg@jmbm.com* | 100 E. Ferguson, Suite 1114 |
| | Tyler, TX 75702 |
| Gregory S. Cordrey | 903/531-3535 |
| (Cal. Bar No. 190144) | 903/533-9687 |
| *gxc@jmbm.com* | E-mail: charley@pbatyler.com |
| | E-mail: rcbunt@pbatyler.com |
| 1900 Avenue of the Stars, Seventh Floor | |
| Los Angeles, CA 90067 | Attorneys for Plaintiff, |
| Telephone: (310) 203-8080 |  Landmark Technology, LLC |
| Facsimile: (310) 203-0567 | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of December, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Charles Ainsworth
Charles Ainsworth