IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LANDMARK TECHNOLOGY, LLC,** | |
| **Plaintiff,** | |
| **v.** | CASE NO. 6:11-CV-00091-LED |
| **CINEMARK HOLDINGS, INC., et al.** | |
| **Defendants.** | |

**ORDER**

Came for consideration before the Court is the Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41 filed jointly by Plaintiff Landmark Technology, LLC and Defendant Gaiam, Inc. Upon consideration of the same, the Court is of the opinion that the Stipulation of Dismissal should be GRANTED.

It is therefore ORDERED that all claims against Defendant Gaiam, Inc., and against that Defendant only, in the above-captioned suit are dismissed with prejudice.

It is further ORDERED that all claims by Defendant Gaiam, Inc., against Plaintiff Landmark Technology, LLC are dismissed with prejudice.

It is further ORDERED that each party is to bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 13th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**