IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LANDMARK TECHNOLOGY, LLC, | § | |
| | § | |
| vs. | § | CASE NO. 6:11cv91 LED-JDL |
| | § | |
| CINEMARK HOLDINGS, INC., et al. | § | |
| | § | |

**FINAL JUDGMENT**

Pursuant to the Order granting the parties' Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff Landmark Technology, LLC filed suit against ten (10) Defendants in this case on February 23, 2011. Since that time, all Defendants have been dismissed: Cinemark Holdings, Inc. (Doc. No. 119); Crocs, Inc. (Doc. No. 126); Fansedge, Inc. (Doc. No. 81); Gaiam, Inc. (Doc. No. 143); Herman Miller, Inc. (Doc. No. 74); LeapFrog Enterprises, Inc. (Doc. No. 84); Liquidity Services, Inc. (Doc. No. 93); Stewart Enterprises, Inc. (Doc. No. 75); Tech for Less, Inc. (Doc. No. 76); and XO Group, f/k/a The Knot, Inc. (Doc. No. 127).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 14th day of December, 2011.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**